

MAD
x98900

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>Wafa Hirzalla MURAD, )<br><br>Defendant. )<br>_____ ) | Magistrate Case No. **'21 MJ02955**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about July 16, 2021, within the Southern District of California, Defendant Wafa Hirzalla MURAD, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Jose Luis ROSALES-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th of July 2021.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that Jose Luis Rosales-Flores, is citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 16, 2021, at approximately 9:11 P.M., Wafa Hirzalla MURAD (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 2018 Toyota Camry. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her Certificate of Naturalization and said she was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered a person concealed in the trunk between a false wall and the rear seats.

In secondary, responding CBP Officers extracted one male individual from the trunk of the vehicle by pulling the rear seat backrest. The individual was later identified as Jose Luis Rosales-Flores, determined to be citizen of Mexico without lawful documents to enter the United States, and is now being held as a Material Witness.

On July 16, 2021, at approximately 11:29 P.M., Defendant was advised of her Miranda rights and elected to make a statement. Defendant stated she went to Mexico for a dental work and purchased groceries. Defendant stated she had a flat tire, stopped at a tire shop to fix the flat tire and while she waited, she went to purchase more groceries. Defendant stated after she fixed her tire, she went to a body shop to get an estimate for the rear bumper of the vehicle. Defendant denied knowledge or involvement of the smuggling act.

Probable Cause Statement continued on page 2...

1

Continuation of Probable Cause Statement
RE: U.S. v. Wafa Hirzalla MURAD

A video-recorded interview was conducted with the Material Witness and he stated being a citizen and national of Mexico without lawful documents to enter or reside in the United States. Material Witness stated he agreed to pay a smuggling fee of $16,000 U.S dollars upon successful entry into the United States. Material Witness stated his intended destination was Fresno, California to seek employment.

Executed on this 18th day of July 2021 at 8:00 A.M.

_____

Victoria Guzman / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on July 16, 2021, in violation of Title 8, United States Code, Section 1324.

_____        **12:42 PM, Jul 17, 2021**

HON. JILL L. BURKHARDT                        DATE / TIME
UNITED STATES MAGISTRATE JUDGE

2